UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EMERY BARKSDALE, JR.,

    Plaintiff,

v.                                            CASE NO. 3:13-cv-1223-J-99TJC-JBT

U.S. BANK, NATIONAL ASSOCIATION,
etc., *et al.*,

    Defendants.
_____/

### REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency, construed as a Motion to Proceed *In Forma Pauperis* ("Motion") (Doc. 2). For the reasons set forth herein, the undersigned respectfully recommends that the Motion be **DENIED** and the case be **DISMISSED without prejudice**.

On October 28, 2013, the Court entered an Order taking Plaintiff's Motion under advisement and directing Plaintiff to file, no later than November 18, 2013, a more detailed affidavit so that the Court could determine if Plaintiff is indigent for purposes of 28 U.S.C. § 1915(a)(1). (Doc. 4.) The Order also provided: "Failure to comply with this Order may result in a recommendation to the District Judge that the

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." FED. R. CIV. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

Motion be denied." (*Id.* at 2.) By November 27, Plaintiff had not filed the required affidavit. On that same day, the Court ordered Plaintiff to show cause "why the undersigned should not recommend to the District Judge that the Motion be denied," and informed Plaintiff that "[f]ailure to respond to this Order will likely result in a recommendation that the Motion be denied and the case be dismissed without prejudice if Plaintiff does not pay the filing fee." (Doc. 5 at 1-2.) The Court gave Plaintiff until December 18, 2013 to do so.

To date, Plaintiff has not filed the required affidavit, paid the filing fee, or otherwise responded to the Court's orders. The undersigned therefore recommends that the Motion be denied and the case be dismissed without prejudice pursuant to Local Rule 3.10(a) for Plaintiff's lack of prosecution of this case, including his failure to respond to Court orders, file a more detailed affidavit, or pay the filing fee.

Accordingly, it is respectfully **RECOMMENDED** that:

1. The Motion (**Doc. 2**) be **DENIED**.

2. The case be **DISMISSED without prejudice**.

3. The Clerk of the Court be directed to terminate any motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on December 30, 2013.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Pro Se Plaintiff